UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-67-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| ROBERT LEVITICUS MCKOY | |

This matter came before the undersigned Senior District Court Judge, upon motion filed by the Office of the Federal Public Defender seeking leave to withdraw as counsel for Robert Leviticus McKoy, the Defendant herein.

Based upon a finding that a conflict of interest would arise if the Office of the Federal Public Defender continued to represent the Defendant in this matter, the Court concludes that the Office of the Federal Public Defender should be granted an order allowing it leave to withdraw as counsel for Mr. McKoy.

NOW, THEREFORE, it is hereby Ordered that the motion filed by the Office of the Federal Public Defender is allowed and that the Office of the Federal Public Defender is granted leave to withdraw as counsel for Robert Leviticus McKoy.

IT IS FURTHER ordered that the Federal Public Defender's Office is directed to appoint new counsel for the defendant.

This 13th day of October, 2020.

_____
MALCOLM J. HOWARD
Senior United States District Judge